AO91 (Rev. 8/01) Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

U.S. MAGISTRATE COURT
JSH – SDTX
FILED

DEC 0 6 2010   DF

CLERK OF COURT
LAREDO DIVISION

UNITED STATES OF AMERICA
V.

① Lizette Yvette Guerrero-Ramos
Hebbronville, TX
U.S.

② Rogelio Rivera
Bruni, TX 78344
U.S.

③ Armando Castillo
Laredo, TX
U.S.

(Name and Address of Defendants)

**CRIMINAL COMPLAINT**

Case Number: 5:10mj2933

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 3, 2010** (Date) in **Hebbronville, TX** **Jim Hogg** County, in the **Southern** District of **Texas**, **Lizette Yvette Guerrero-Ramos**, **Rogelio Rivera** and **Armando Castillo** defendant(s),

all citizens of the United States, did unlawfully conspire to transport Mexican aliens Jorge Luis CAMPOS-Ibarra, Jesus VALDEZ-Garcia and 4 others, by means of a motor vehicle within the Southern District of Texas knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States by means of a motor vehicle

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii) & 1324 (a) (1) (A) (v) (I)**

I further state that I am a(n) **U.S. Immigration and Customs Enforcement Special Agent** and that this complaint is based on the
Official Title
following facts: based on statements of the accused and the records of Immigration & Customs Enforcement.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

**Jose Chapa**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**December 6, 2010**     at     **Laredo, Texas**
Date                                                City and State

Judge J. Scott Hacker
~~Guillermo R. Garcia~~
U.S. Magistrate Judge
Name and Title of Judicial Officer             Signature of Judicial Officer

United States of America                                                                 Page 2

vs
Lizette Yvette Guerrero-Ramos
Rogelio Rivera
Armando Castillo

[CONT OF BASIS OF COMPLAINT]

On Friday December 3, 2010, Border Patrol (BP) Agents assigned to the U.S. Border Patrol Station in Hebbronville, Texas, received a phone call from Jim Hogg County Sheriff's Department requesting their assistance at the Quick Pantry Gas Station located on Highway 359 I Hebbronville, Texas. At approximately 9:00 A.M., BP Agents were dispatched to the location and made contact with Investigator Espinoza. Investigator Espinoza advised BP agents that they had made contact with GUERRERO-Ibarra who had stated to the officers that she had people in her Lincoln Aviator. Investigator Espinoza believed the occupants in the vehicle were undocumented aliens and notified Border Patrol.

Investigators with the Jim Hogg Sheriff's Office have had prior encounters with GUERRERO-Ibarra in the past for narcotic violations. According to investigators, the vehicle in which GUERRERO-Ibarra was driving appeared to be riding low in the rear, which is an indication that the vehicle had been weighted down with something. However, investigators weren't able to see any other occupants in the vehicle besides GUERRERO-Ibarra. Investigators were going to conduct a traffic stop on said vehicle; however, GUERRERO-Ibarra entered the Quick Pantry Gas Station and parked her vehicle near the gas pumps. GUERRERO-Ibarra was witnessed exiting her vehicle and entered the gas station for a short time and then exited the gas station and began to walk away from her vehicle. Investigators then made consensual contact with GUERRERO-Ibarra and asked her if she had any narcotics in her vehicle. GUERRERO-Ibarra stated that she did not have any narcotics in the vehicle, but that she did have people and gave investigators the keys to her vehicle.

Investigator Espinoza advised BP agents that GUERRERO-Ibarra had provided information to him that she received the undocumented aliens from two male subjects identified as Rogelio RIVERA and Armando CASTILLO. .During the time that investigators were watching GUERRERO-Ibarra, they had positively witnessed CASTILLO at the Quick Pantry Gas Station prior to GUERRERO-Ibarra's arrival. According to investigators, CASTILLO has a criminal history involving narcotic violations and alien smuggling. Investigators observed both GUERRERO-Ibarra and CASTILLO to be interacting with each other. Investigators believed GUERRERO-Ibarra to be driving the load vehicle and therefore they did not follow CASTILLO as he left the gas station. Investigators then located CASTILLO a short while later and made consensual contact with CASTILLO and the passenger of his vehicle, RIVERA. Investigators advised both individuals that they were conducting an investigation and were inquiring to speak with them. CASTILLO and RIVERA complied and went with investigators to the Hebbronville Border Patrol Station for questioning. All five (5) occupants located in GUERRERO-Ibarra's vehicle were found to be undocumented aliens with no legal means to enter or remain in the United States. GUERRERO-Ibarra and the five (5) undocumented aliens were placed under arrest and transported to the Hebbronville Border Patrol Station for processing.

Immigration and Customs Enforcement (ICE) Agents responded to the Hebbronville Border Patrol station to learn the facts of the case. (ICE) agents interviewed GUERRERO-Ibarra, Armando CASTILLO, and Rogelio RIVERA. All three individuals waived their Constitutional Rights as per Miranda and indicated the following.

United States of America                                                                                                   Page 3

vs
Lizette Yvette Guerrero-Ramos
Rogelio Rivera
Armando Castillo

[CONT OF BASIS OF COMPLAINT]

GUERRERO stated to agents that she had been recruited by CASTILLO to transport the undocumented aliens to Alice or Falfurrias, Texas. GUERRERO-Ibarra stated that she had been drinking at a friend's house last night (December 2, 2010) with CASTILLO when he approached her and asked her to drive the undocumented aliens. According to GUERRERO-Ibarra, CASTILLO offered to pay her $500.00 USD to drive the undocumented aliens. GUERRERO-Ibarra stated that the morning of December 3, 2010, CASTILLO called her on her cell phone and told her that they were ready. GUERRERO-Ibarra then followed CASTILLO to a residence located in Bruni, Texas. At this residence, GUERRERO-Ibarra witnessed RIVERA exit from the rear of the residence with six (6) individuals. RIVERA then instructed the individuals to enter the vehicle and CASTILLO advised them as to where to sit. CASTILLO and RIVERA then left the residence in a green Ford Sport Trac and told GUERRERO-Ibarra to follow them. GUERRERO-Ibarra stated that she was in communication with CASTILLO via cell phone the entire time and that he was acting as "scout", advising her of any law enforcement in the area. GUERRERO-Ibarra stated that CASTILLO had warned her of the Sheriff's car in the area heading in her direction. GUERRERO-Ibarra stated that she got scared and drove into the gas station. At this time, Sheriff Investigators arrived and made contact with GUERRERO-Ibarra.

RIVERA stated to agents that he agreed to house the six (6) individuals for his friend CASTILLO over night. While the individuals were at his residence, RIVERA provided them with food and water. RIVERA stated that he was not sure how much he was going to get paid for housing the individuals.

CASTILLO stated to agents that he found the six (6) individuals walking in town and asked them what they were doing. The individuals stated to them that they had gotten lost and were trying to make it to San Antonio. CASTILLO told them that he could help, but would charge them a fee. The individuals agreed and CASTILLO then transported them to RIVERA'S residence. CASTILLO then recruited GUERRERO-Ibarra that same night and made the arrangements to transport them the following morning. CASTILLO stated that some of the people he was going to charge $1,000.00 USD and the two females, $1,500.00 USD. CASTILLO stated that he saw this as an opportunity to make money.

Material Witnesses Jorge Luis CAMPOS-Ibarra and Jesus VALDEZ-Garcia were shown a photo line-up of all three subjects and they both positively identified Lizette Yvette GUERRERO-Ibarra as the driver of the Lincoln Aviator to which they were apprehended in. CAMPOS-Ibarra and VALDEZ-Garcia also positively identified RIVERA as the individual who housed them for the night and advised them to get ready the next morning. CAMPOS-Ibarra and VALDEZ-Garcia positively identified CASTILLO as the individual who picked them up and took them to RIVARA'S house and who was also there next morning to help RIVERA load them in the vehicle.

Undocumented aliens Jorge Luis CAMPOS-Ibarra and Jesus VALDEZ-Garcia will be held as material witnesses in this case.